IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROY EDMONDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3089 |
| | ) | |
| V. | ) | |
| | ) | |
| RONALD WERTZ, SCOTT MCDONALD, BRADFORD HOCK, and HITCHCOCK COUNTY, NEBRASKA, by and through the, | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's motion for extension of time to file a brief in opposition to Defendants' motion for summary judgment (filing 15). The motion shall be granted.

IT IS ORDERED that Plaintiff shall file a brief responsive to Defendants' motion for summary judgment by or before August 27, 2010.

August 19, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge