IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROY EDMONDSON, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3089 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| RONALD WERTZ, et. al., | ) | |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED:

1) The parties' deadline for filing their Rule 26(f) report, previously set for August 2, 2010, is continued.

2) The Rule 26(f) report, a copy of which is attached to the court's prior order (filing no. 10), shall be filed within twenty-one (21) days after the court rules on the defendants' pending motion for summary judgment (filing no. 12).

DATED this 24th day of August, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge