IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROY EDMONDSON, )
)
            Plaintiff, )            4:10CV3089
)
    V. )
)
RONALD WERTZ, SCOTT )            ORDER
MCDONALD, BRADFORD HOCK, and )
HITCHCOCK COUNTY, NEBRASKA, )
by and through the, )
)
            Defendants. )
_____ )

The court has been advised that the parties in the above-captioned matter have reached a settlement of their claims.  Accordingly,

IT IS ORDERED that:

(1)    Within **thirty (30)** calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court (and provide a copy to the magistrate judge and to United States District Judge Richard G. Kopf, the trial judge to whom this case is assigned), together with submitting to the trial judge a draft order which will fully dispose of the case;

(2)    Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

(3)    This case is removed from the court's trial docket upon representation by the parties that the case has settled.

Dated October 19, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge